UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY THOMPSON | CIVIL ACTION |
| VERSUS | NO. 22-2248 |
| TIM HOOPER, WARDEN | SECTION: "G"(1) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal habeas corpus application filed by Larry Thompson is **DISMISSED AS MOOT**.

NEW ORLEANS, LOUISIANA, this  16th  day of August, 2022.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**